# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Joe Hand Promotions, Inc., | |
| *Plaintiff* | |
| v. | Civil Action No.   0:11-2431-MBS |
| Flamingo's Food & Spirits, L.L.C. d/b/a Flamingo Food and Spirits and Rebecca Peake Ryals, | |
| *Defendants* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ the plaintiff, Joe Hand Promotions, Inc., recover from the defendants, Flamingo's Food & Spirits, LLC d/b/a Flamingo Food and Spirits and Rebecca Peake Ryals, jointly and severally, the amount of Four Thousand, Five Hundred and 00/100 ($4,500.00) Dollars in damages, plus Two Thousand, Five Hundred Twenty-Five and 88/100 ($2,525.88) Dollars in attorney's fees and costs for a sum of Seven Thousand, Twenty-Five and 88/100 ($7,025.88) Dollars. Post Judgment interest shall run at a rate of .19%.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

❏ other:

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, Chief United States District Judge presiding. The court having granted the plaintiff's motion for default judgment.

Date:   June 5, 2012

*CLERK OF COURT*

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*